**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

SHERRY DAWN MEEK,                    §
                                     §
        Plaintiff,                   §
                                     §
v.                                   §    Case No. 4:25-cv-803-JDK-JDL
                                     §
COMMISSIONER OF SOCIAL               §
SECURITY,                            §
                                     §
        Defendant.                   §

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Sherry Dawn Meek brings this civil suit pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of her application for Social Security benefits. Docket No. 1. This case was referred to United States Magistrate Judge John D. Love. On February 23, 2026, Judge Love issued a Report recommending that the final decision of the Commissioner be reversed and remanded for reconsideration. Docket No. 17. Neither party has filed objections to the Report, and the time-frame for doing so has passed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

1

Here, no objections were filed.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and Recommendations, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 17).   The final decision of the Commissioner is **REVERSED**, and this cause of action is **REMANDED** to the Commissioner of the Social Security Administration for proceedings consistent with this opinion.

So **ORDERED** and **SIGNED** this **16th** day of **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2